■ JASON W. JONES, Respondent, v COUNTY OF ERIE et al., Appellants. [821 NYS2d 544]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered October 4, 2005 in a personal injury action. The order denied defendants' motion for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Martoche and Pine, JJ.

■ JAMES M. ALFES et al., Respondents, v JASON R. ATTEBERY, Appellant, et al., Defendant. (Appeal No. 1.) [821 NYS2d 526]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered April 28, 2005 in a personal injury action. The order, among other things, granted plaintiffs' motion for partial summary judgment on negligence and serious injury against defendant Jason R. Attebery.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 18, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Gorski, Martoche and Pine, JJ.

■ JAMES M. ALFES et al., Respondents, v JASON R. ATTEBERY, Appellant, et al., Defendant. (Appeal No. 2.) [821 NYS2d 526]—Appeal from a judgment of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered January 18, 2006 in a personal injury action. The judgment, entered upon a jury verdict, among other things awarded plaintiffs the sum of $267,503.45 against defendant Jason R. Attebery.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 18, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Gorski, Martoche and Pine, JJ.